**Amrit CHATELAIN, Petitioner,**

**v.**

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–70219.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2009.*

Filed Feb. 26, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.'

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Lucien Jacob, Law Office of Michael L. Jacob, Bainbridge Island, WA, for Petitioner.

Wendy Benner–Leon, Esquire, OIL, Hillel Smith, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, for Respondent.

Before FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Amrit Chatelain, a native and citizen of India, petitions for review of the Board of Immigration Appeals' (BIA) order dismissing his appeal from an immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252, and we dismiss the petition for review.

Chatelain failed to exhaust his contentions that his conviction for delivery of marijuana for consideration does not qualify as a conviction as defined in 8 U.S.C. § 1101(a)(48) and that no contest pleas are inadmissable in removal proceedings to prove the existence of an underlying conviction. *See Barron v. Ashcroft,* 358 F.3d 674, 677 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).